# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> **LONNIE LEROY COFFMAN** | 5:21-cr-300-LCB-HNJ |

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20

I, Lonnie Coffman, the defendant, have been informed than an Information is or will shortly be pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia, in which I, Lonnie Coffman, am held, and to waive trial in the above captioned District.

Dated:   September 22, 2021

_____
Defendant Lonnie Leroy Coffman


_____
Witness

_____
Manuel Retureta, Esq.
Defense Counsel

/s/ *Henry Cornelius*
Henry Cornelius
Assistant United States Attorney

**Approved**

_____
Channing D. Phillips
United States Attorney
District of Columbia

_____
Prim F. Escalona
United States Attorney
Northern District of Alabama

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

September 27, 2021

TO:   Clerk, U.S. District Court
      United States District Court
      District of Columbia
      333 Constitution Avenue N.W., Room 1225
      Washington D.C. 20001

                                   RE:   USA v. Lonnie Leroy Coffman
                                         Our Case No. 5:21-cr-300-LCB-HNJ

Dear Sir/Madam:

Pursuant to provisions of Rule 20, Federal Rules of Criminal Procedure, I am transmitting Consent to Transfer of Case for Plea and Sentence and copies of the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

                                   Sincerely,

                                   SHARON N. HARRIS, CLERK


                                   By:   /s/_____
                                         K. Bowman, Deputy Clerk

Enclosures