FILED
2021 Sep-27 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 5:21-cr-300-LCB-HNJ |
| LONNIE LEROY COFFMAN | |

### CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20

I, Lonnie Coffman, the defendant, have been informed than an Information is or will shortly be pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia, in which I, Lonnie Coffman, am held, and to waive trial in the above captioned District.

Dated:   September 22, 2021

_____
Defendant Lonnie Leroy Coffman


Witness

_____
Manuel Retureta, Esq.
Defense Counsel

/s/ *Henry Cornelius*
Henry Cornelius
Assistant United States Attorney

**Approved**

_____
Channing D. Phillips
United States Attorney
District of Columbia

_____
Prim F. Escalona
United States Attorney
Northern District of Alabama

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris, Clerk

September 27, 2021

TO:    Clerk, U.S. District Court
United States District Court
District of Columbia
333 Constitution Avenue N.W., Room 1225
Washington D.C. 20001

                          RE:    USA v. Lonnie Leroy Coffman
                                   Our Case No. 5:21-cr-300-LCB-HNJ

Dear Sir/Madam:

Pursuant to provisions of Rule 20, Federal Rules of Criminal Procedure, I am transmitting Consent to Transfer of Case for Plea and Sentence and copies of the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

Please acknowledge receipt on the enclosed copy of this letter.

                                            Sincerely,

                                            SHARON N. HARRIS, CLERK

                                     By:   /s/_____
                                                 K.Bowman, Deputy Clerk

Enclosures

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

UNITED STATES OF AMERICA

v.

**LONNIE LEROY COFFMAN**

**INFORMATION**

<u>**COUNT ONE**</u>:  **[26 U.S.C. §§ 5861(d), 5841, 5845(f), and 5871]**

The United States Attorney charges that:

Between on or about January 1, 2021, and January 6, 2021, in the Northern District of Alabama and elsewhere, the defendant,

**LONNIE LEROY COFFMAN,**

knowingly possessed a firearm, namely a destructive device, that is, eleven Molotov cocktails and any combination of parts designed and intended for use in converting any device into a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(f), and 5871.

Prim F. Escalona
United States Attorney

Henry Cornelius
Assistant United States Attorney

# U.S. District Court
## Northern District of Alabama (Northeastern)
### CRIMINAL DOCKET FOR CASE #: 5:21-cr-00300-LCB-HNJ All Defendants
### Internal Use Only

Case title: USA v. Coffman

Date Filed: 09/27/2021
Date Terminated: 09/27/2021

Assigned to: Judge Liles C Burke
Referred to: Magistrate Judge Herman N Johnson, Jr

### Defendant (1)

**Lonnie Leroy Coffman**
*TERMINATED: 09/27/2021*

represented by **Manuel J Retureta**
RETURETA & WASSEM, PLLC
300 New Jersey Ave NW, Suite 900
Washington, DC 20001
202-450-6119
Email: mjr@returetawassem.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 26:5861(d), 5841, 5845(f), and 5871 UNLAWFUL TO RECEIVE A FIREARM NOT REGISTERED (1) | Rule 20-Consent to Transfer Case |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

USA     represented by **Prim F. Escalona, US Attorney**

US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: Caseview.ecf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
UNITED STATES PROBATION OFFICE
Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
716-2900
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Henry B Cornelius , Jr**
U. S. ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203
205-244-2001
Fax: 205-244-2182
Email: henry.cornelius@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/27/2021 | 1 | INFORMATION as to dft Lonnie Leroy Coffman (1) count(s) 1. (KBB) (Entered: 09/27/2021) |
| 09/27/2021 | 🔒 | (Court only) ***Staff Notes as to dft Lonnie Leroy Coffman: CAT I (KBB) (Entered: 09/27/2021) |
| 09/27/2021 | 🔒 | (Court only) ***Location (LC) start as to dft Lonnie Leroy Coffman: Detained in D.C. (KBB) (Entered: 09/27/2021) |
| 09/27/2021 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Columbia Counts closed as to dft Lonnie Leroy Coffman (1) Count 1. (KBB) (Entered: |

| | | 09/27/2021) |
|---|---|---|